IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| JOHN BEHEE ) | |
| ) | |
| Plaintiff ) | |
| vs. ) | Civil Case No. 06-0680-CV-W-DW |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security ) | |
| ) | |
| Defendant ) | |

__X__  **Decision by Court.**  This action came before the Court as a briefed matter. The issues have been reviewed and a decision has been rendered.

**ORDERED**: the Court **AFFIRMS** the Commissioner's decision.

December 18, 2007                                 Patricia Brune
Date                                                    Clerk
                                                      By: __/s/ Y. Johnson__
                                                           Deputy Clerk